ELIZABETH ALDEN, Appellant, v ST. JOSEPH'S HOSPITAL HEALTH CENTER, Respondent.

Submitted June 11, 2007; decided July 2, 2007

Reported below, 37 AD3d 1047.

Motion for reconsideration of this Court's May 8, 2007 dismissal order denied [*see* 8 NY3d 975].

---

In the Matter of Liquidation of AMERICAN DRUGGISTS' INSURANCE COMPANY. SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, Respondent, v DENIS D. KENNY, Appellant.

Submitted March 12, 2007; decided July 2, 2007

Reported below, 15 AD3d 268.

Motion for leave to appeal from the February 5, 2007 "Stipulation of Discontinuance with Prejudice," dismissed upon the ground that that paper does not finally determine the action within the meaning of the Constitution; the December 6, 2006 judgment of Supreme Court is the final paper in this action and a motion for leave to appeal from that judgment would be untimely (*see* CPLR 5513 [b]).

---

In the Matter of CARL A.G., Appellant, v MYRIAM L.G., Respondent.

Submitted May 29, 2007; decided July 2, 2007

Reported below, 39 AD3d 1232.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.